UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DAVID CORDISH and )
THE CORDISH COMPANY, )
)
Plaintiffs, )       Case No. 1:10-cv-00325A(Sr)
)
vs. )
)
FRANK PARLATO, JR and )
NIAGARA ROAR PUBLICATIONS, INC. )
d/b/a NIAGARA FALLS REPORTER, )
Defendants. )
)

## STIPULATION FOR DISMISSAL AS TO
## DEFENDANT NIAGARA ROAR PUBLICATIONS ONLY

Plaintiffs and Defendant Niagara Roar Publications, Inc, by and through their respective

undersigned attorneys, jointly notice, move, and stipulate for a dismissal of all claims as against

Defendant Niagara Roar Publications, Inc. only, in the above-styled cause pursuant to Rule

41(a)(1)(ii), Federal Rules of Civil Procedure and all other applicable rules.

PAUL A. GRENGA & ASSOCIATES                    DUKE HOLZMAN PHOTIADIS & GRESENS LLP

Paul A. Grenga, Esq..                          Gregory P. Photiadis, Esq.
*Attorneys for Defendant*                      *Attorneys for Plaintiffs*
*Niagara Roar Publications, Inc.*              350 Main Street
*d/b/a Niagara Falls Reporter*                 1800 Main Place Tower
730 Main Street                                Buffalo, NY 14202
Niagara Falls, NY 14301                        716-855-1111
716-282-1200

SO ORDERED:

U.S.D.J.