UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DAVID CORDISH and
THE CORDISH COMPANY,

        Plaintiffs,

vs.

FRANK PARLATO, JR and
NIAGARA ROAR PUBLICATIONS, INC.
d/b/a NIAGARA FALLS REPORTER,
        Defendants.

Case No. 1:10-cv-00325A(Sr)

## STIPULATION FOR DISMISSAL AS TO REMAINING DEFENDANT FRANK PARLATO, JR. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiffs and remaining Defendant Frank Parlato, Jr, in the above entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above-entitled action, be, and the same hereby is dismissed, with prejudice and without costs or fees to either party against the other. This discontinuance is based on a settlement reached by the parties on the issues outstanding among them.

PAUL A. GRENGA & ASSOCIATES

Paul A. Grenga, Esq.
*Attorneys for Defendant*
*Frank Parlato, Jr.*
730 Main Street
Niagara Falls, NY 14301
716-282-1200

DUKE HOLZMAN PHOTIADIS & GRESENS LLP

Gregory P. Photiadis, Esq.
*Attorneys for Plaintiffs*
350 Main Street
1800 Main Place Tower
Buffalo, NY 14202
716-855-1111